IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENDA TOLBERT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-CV-00107 |
| | § | |
| RBC CAPITAL MARKETS | § | |
| CORPORATION N/K/A RBC CAPITAL | § | |
| MARKETS, LLC; RBC CENTURA | § | |
| BANK N/K/A RBC BANK (USA); | § | |
| RBC U. S. INSURANCE SERVICES, INC.; | § | |
| | § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION FOR
<u>CLASS CERTIFICATION</u>**

**INDEX**

| DESCRIPTION | EXHIBIT |
|---|---|
| Brenda Tolbert Declaration | 1 |
| William G. Whitehill Declaration | 2 |
| Geoffrey H. Bracken Declaration | 3 |
| RBC-US Wealth Accumulation Plan (WAP) Top-Hat Analysis Review, dated August 7, 2008 [Sikich Ex. 8] (filed under seal subject to Agreed Protective Order [Dkt. #18], signed March 10, 2011) | 4 |
| RBC USA WAP Committee Meeting Minutes, dated October 28, 2008 (filed under seal subject to Agreed Protective Order [Dkt. #18], signed March 10, 2011) | 5 |

OF COUNSEL:
Geoffrey H. Bracken
Texas State Bar No. 02809750
J. Palmer Hutcheson
Texas State Bar No. 10335500
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Phone: 713.276.5739  Fax:  713.276.6739

Respectfully submitted,

*/s/ William G. Whitehill*
William G. Whitehill
Texas State Bar No. 21356550
Joe B. Harrison
Texas State Bar No. 09115500
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Phone: 214.999.4633  Fax: 214.999.3633

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that on at least three occasions, including the April 13th Rule 23(f) conference, Plaintiff's counsel asked Defendants' counsel whether Defendants would agree to the relief Plaintiff seeks in this motion. Defendants do not agree to preceding with this case as a class action.

*/s/ William G. Whitehill*
William G. Whitehill

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2011, a true and correct copy of this document has been forwarded to all counsel of record through the Court's CM/ECF system and by hand delivery to Ms. Gates on this 27th day of April, 2011.

    Alison J. Gates
    MORGAN, LEWIS & BOCKIUS LLP
    1000 Louisiana, Suites 4200
    Houston, Texas  77002

    Christopher J. Boran
    Sari M. Alamuddin
    MORGAN, LEWIS & BOCKIUS LLP
    77 West Wacker Drive
    Chicago, Illinois 60601

*/s/ Geoffrey H. Bracken*
Geoffrey H. Bracken