IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENDA TOLBERT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-CV-00107 |
| | § | |
| RBC CAPITAL MARKETS | § | |
| CORPORATION N/K/A RBC CAPITAL | § | |
| MARKETS, LLC; RBC CENTURA | § | |
| BANK N/K/A RBC BANK (USA); | § | |
| RBC U. S. INSURANCE SERVICES, INC.; | § | |
| | § | |
| Defendants. | § | |

**SUPPLEMENT TO PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION AND SUPPORTING BRIEF**

To further clarify the class action issues previously addressed in Plaintiff's Motion for Class Certification and Supporting Brief [Dkt. #31], Plaintiff files her expert report (the "Report") submitted by Saul Solomon on December 1, 2011 and attached hereto as Exhibit "A". The Report fleshes out, and specifically addresses, RBC's Top-Hat Analysis Review, dated August 7, 2008 (Pl. Motion, Ex. 4). In addition, the Report clearly shows that the WAP is not a "top hat" plan, and the Court's disposition of that legal issue, upon which Defendants admittedly have the burden of proof, will apply uniformly to all present and former WAP participants and guarantee their ERISA-protected statutory rights.

Respectfully submitted,

GARDERE WYNNE SEWELL LLP

*/s/ Geoffrey H. Bracken*
  Geoffrey H. Bracken
  State Bar No. 02809750
  J. Palmer Hutcheson
  State Bar No. 10335500
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Telephone:  713.276.5739
Facsimile:  713.276.6739
Gardere Wynne Sewell LLP

*/s/ William G. Whitehill*
  William G. Whitehill
   State Bar No. 21356550
  Joe B. Harrison
  State Bar No. 09115500
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone:  214.999.4633
Facsimile:  214.999.3633
**ATTORNEYS FOR PLAINTIFF,
BRENDA TOLBERT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was served on Defendants' counsel via the Court's electronic filing system on this 2nd day of December, 2011.

Alison J. Gates
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4200
Houston, Texas 77002

Sari M. Alamuddin
Chris Boran
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois 60601

  */s/ Geoffrey H. Bracken*
    Geoffrey H. Bracken