# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BRENDA TOLBERT, § § §<br>Plaintiff § §<br>§ Case No.: 4:11-CV-00107<br>v. §<br>§ Judge Keith P. Ellison<br>RBC CAPITAL MARKETS §<br>CORPORATION n/k/a RBC CAPITAL §<br>MARKETS, LLC, ET AL., §<br>Defendants. §<br>§ | |

## STIPULATION IN RESPONSE TO PLAINTIFF'S
## MOTION TO JOIN PARTIES PLAINTIFF

Defendants RBC Capital Markets Corporation n/k/a RBC Capital Markets, LLC, RBC Centura Bank n/k/a RBC Bank (USA), and RBC U.S. Insurance Services, Inc. hereby submit this Stipulation in Response to Plaintiff's Motion To Join Parties Plaintiff, which was filed on March 7, 2012 (Doc. No. 94). The Motion requests the joinder of two additional named plaintiffs to this lawsuit. Counsel for all parties has conferred regarding Plaintiff's Motion and have reached the following agreement:

1.  Defendants will not file an opposition to Plaintiff's Motion.

2.  Plaintiff will present the two new proposed plaintiffs, Mr. Gift and Mr. Neuhaus, for their depositions at the earliest mutually agreeable time. The parties have discussed possible dates for these depositions, and they are currently set for April 16, 2012.

3.  Plaintiff will not oppose any subsequent motion by Defendants to supplement the briefing on the outstanding motions for class certification (*see* Doc. Nos. 31, 45, 46, 50, 55, 58) and summary judgment (Doc. Nos. 84, 87, 91-93), should the results of the above depositions so

require. However, Defendants will not seek an extension of the trial date on account of such supplemental briefing, if any.

4. By declining to oppose the joinder of Mr. Gift and Mr. Neuhaus, Defendants are not waiving—and in fact are expressly preserving—their argument that these proposed plaintiffs have failed to exhaust their administrative remedies under the RBC Wealth Accumulation Plan (the "WAP").

Accordingly, subject to the terms of this Stipulation, Defendants do not oppose Plaintiff's Motion to Join Parties Plaintiff.

Date: March 26, 2012

Respectfully submitted,

s/ Sari M. Alamuddin

Sari M. Alamuddin (*admitted pro hac vice*)
Ill. State Bar No. 6215689
Christopher J. Boran (*admitted pro hac vice*)
Ill. State Bar No. 6282552
Matthew A. Russell (*admitted pro hac vice*)
Ill. State Bar No. 6290632
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois 60601
312.324.1000 (Telephone)
312.323.1001 (Facsimile)

Alison J. Gates
TX State Bar No.24055535
Federal ID No. 706309
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4200
Houston, Texas 77002
713.890.5157 (Telephone)
713.890.5001 (Facsimile)

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation in Response to Plaintiff's Motion To Join Parties Plaintiff has been sent to counsel of record through the Court's CM/ECF system this 26th day of March, 2012, as follows:

>Mr. Geoffrey H. Bracken
>Gardere Wynne Sewell LLP
>1000 Louisiana, Suite 3400
>Houston, Texas 77002-5007
>
>Mr. William G. Whitehill
>Mr. Joe B. Harrison
>1601 Elm Street, Suite 3000
>Dallas, Texas 75201

s/ Sari M. Alamuddin