IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENDA TOLBERT, *et al*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> RBC CAPITAL MARKETS, § <br> CORPORATION N/K/A RBC § <br> CAPITAL MARKETS, LLC; *et al.*, § <br> § <br> *Defendants*. § | Civil Action No. H-11-0107 |

## ORDER

Pending before the Court is Plaintiff's Motion to Join Parties Plaintiff (Docket Entry No. 94). Defendants have stipulated that they do not oppose the motion. (Docket Entry No. 96.)

Accordingly, Plaintiff's Motion to Join Parties Plaintiff (Docket Entry No. 94) is **GRANTED** and Joseph Rice Neuhaus, Jr., and Lawrence Gift, Jr., are **JOINED** as additional plaintiffs in this lawsuit.

The Clerk will send copies of this order to the parties.

Signed at Houston, Texas, on this the 29th day of March, 2012.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE