# EXHIBIT A

Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel. 312.324.1000
Fax: 312.324.1001
www.morganlewis.com



**Sari M. Alamuddin**
Partner
312.324.1158
salamuddin@morganlewis.com

January 17, 2012

**Via Federal Express**

Gardere, Wynne & Sewell, LLP
Geoff Bracken
1000 Louisiana Street, Suite 3400
Houston, TX 77002

Geoff,

Per your request on January 12, 2012, enclosed is a disc containing the raw data and databases Dr. Niden relied on in preparing her expert report, disclosed on December 2, 2011. In addition, we also have included raw data Dr. Niden is considering with respect to analyses that we expect will be included in her supplemental report to be produced on January 26, 2012.

Please do not hesitate to contact us should you have any questions.

Regards,

*[signature]*

Sari M. Alamuddin