IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENDA TOLBERT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-CV-00107 |
| | § | |
| RBC CAPITAL MARKETS | § | |
| CORPORATION N/K/A RBC CAPITAL | § | |
| MARKETS, LLC; RBC CENTURA | § | |
| BANK N/K/A RBC BANK (USA); | § | |
| RBC U. S. INSURANCE SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD AND MOTION FOR CLASS CERTIFICATION, AND TO RE-URGE CLASS CERTIFICATION**

Plaintiffs file this Unopposed Motion to Supplement the Summary Judgment Record and Motion for Class Certification, and to Re-urge Class Certification, and would respectfully show unto the Court the following:

1. The other two Plaintiffs, Joe Neuhaus and Chip Gift, who adopted by reference all of Plaintiff Tolbert's previously filed pleadings and arguments and were then joined in this suit by order of this Court on March 29, 2012 [Dkt. #98], **without admitting that any exhaustion of administrative remedies is required under these facts, the statutory relief they request, and the applicable law**, have now done so. *See,* attached Exhibit "A", s*ee also,* Dkt. #93 at 52, n. 20 and Plaintiff's Supp. Exh. 36; Dkt. #94; Dkt. #112. Accordingly, Plaintiffs request leave to supplement the summary judgment record and their previously filed Motion for Class Certification and Supporting Brief [Dkt. #31] with this new evidence and their June 4, 2012 Declarations attached hereto as Exhibit "B", which is probative of whether RBC can sustain its

burden of proof on its affirmative defenses of exhaustion of administrative remedies, limitations (since RBC continues to aver that the WAP is compliant, undercutting its argument that these Plaintiffs have "actual knowledge" that it is not), and top hat status. *See,* Plaintiff's Response to Defendants' Motion for Summary Judgment and Reply in support of its Motion for Partial Summary Judgment [Dkt. #93] at 32-36, 49-52.

2. The heart of Plaintiffs' and the class' claim is that the WAP is an illegal, non-compliant plan. The answer to that question, and all of the class members' claims, depends upon whether the WAP is an employee pension benefit plan which has operated as a valid top hat plan since its inception. These new Plaintiffs can adequately represent a class of current and former RBC employees – all of whom are interested in the common issue of whether the WAP is a compliant employee pension plan. *See,* Neuhaus and Gift Declarations collectively attached hereto as Exhibit "B".

## CONCLUSION

For the reasons set forth above and in their prior briefing, Plaintiffs respectfully request that the Court grant their Motion for Partial Summary Judgment [Dkt. #84] and certify the class for a trial or further disposition before the Court on June 21, 2012, and for such other and further relief, either at law or in equity, general or special, to which Plaintiffs may show themselves justly entitled.

1150403v.1

Respectfully submitted,
GARDERE WYNNE SEWELL LLP

*/s/ Geoffrey H. Bracken*
 Geoffrey H. Bracken
 State Bar No. 02809750
 J. Palmer Hutcheson
 State Bar No. 10335500
 Rhonda R. Weiner
 State Bar No. 24047732
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Telephone: 713.276.5739
Facsimile: 713.276.6739

*/s/ William G. Whitehill*
 William G. Whitehill
  State Bar No. 21356550
 Joe B. Harrison
 State Bar No. 09115500
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: 214.999.4633
Facsimile: 214.999.3633

**ATTORNEYS FOR PLAINTIFFS, BRENDA TOLBERT, LAWRENCE GIFT, JR. AND JOSEPH RICE NEUHAUS, JR.**

## CERTIFICATE OF CONFERENCE

 Opposing counsel has informed the undersigned that he does not oppose this Motion, but anticipates filing a response within the deadlines set out in the Court's rules.

       */s/ Geoffrey H. Bracken*
       Geoffrey H. Bracken

3

1150403v.1

# **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the above pleading was served on Defendants' counsel via the Court's electronic filing system on this 4th day of June, 2012.

| | |
|---|---|
| Alison J. Gates | Sari M. Alamuddin |
| Morgan, Lewis & Bockius LLP | Chris Boran |
| 1000 Louisiana, Suite 4200 | Morgan, Lewis & Bockius LLP |
| Houston, Texas 77002 | 77 West Wacker Drive, Fifth Floor |
| | Chicago, Illinois 60601 |

                                            */s/ Geoffrey H. Bracken*
                                               Geoffrey H. Bracken

1150403v.1