**BRENDA C. TOLBERT**
**5303 FRENSHAM CIRCLE**
**HOUSTON, TEXAS 77041**
**(713) 937-4440**

January 28, 2010

RBC U. S. HRSC
RBC Plaza
Sixty South Sixth Street
MS P16
Minneapolis, MN 55402

                RE: RBC US Wealth Accumulation Program

Gentlemen:

     My employment with RBC Wealth Management was terminated on 8/6/2009. I have received several mailings from you referring to me as a retiree in the RBC – U.S.A. Retirement and Savings Plan.

     I am writing to inquire when I can expect my Wealth Accumulation Plan to show that I am fully vested and also to inquire as to when payments from this WAP plan will begin and what the schedule of payments will be.

     Your prompt attention in this matter will be greatly appreciated.

Sincerely,

*Brenda C. Tolbert*

Brenda C. Tolbert

BCT/

Exhibit C

PL-000003



**RBC Wealth Management**

Todd W. Schnell
Vice President -
Senior Associate General Counsel
Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402-4422
Fax:    866-947-4603
Direct: 612-371-7263
todd.schnell@rbc.com

June 14, 2010

<u>VIA OVERNIGHT MAIL (713-937-4440)</u>
Ms. Brenda C. Tolbert
5303 Fresham Circle
Houston, TX  77041

      RE: RBC US Wealth Accumulation Plan ("WAP")

Dear Ms. Tolbert:

      Your letter of January 28, 2010, and call to the RBC HR Service Center of June 3, 2010, both have been referred to my attention. I apologize for the delay in responding.

      This letter is to notify you that you are scheduled to receive distribution from the RBC US Wealth Accumulation Plan ("WAP") in three annual installments. Your first installment will be valued as of July 1, 2010.

      The WAP Committee, with its full authority, has determined that your separation of employment from RBC was a termination for cause. Based on the WAP plan document, Section 4.3, all of your company contributions both vested and unvested have been forfeited.

      If you have further questions, please contact me directly.

                      Sincerely,

                      Todd W. Schnell

Cc:    RBC WAP Committee Chair

RBC Wealth Management, a division of RBC Capital Markets Corporation, Member NYSE/FINRA/SIPC

PL-000005