United States District Court
Southern District of Texas
**ENTERED**
August 24, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENDA TOLBERT, JOSEPH NEUHAUS, JR., AND LAWRENCE GIFT, JR., <br> Plaintiffs, <br> v. <br><br> RBC CAPITAL MARKETS CORPORATION N/K/A RBC CAPITAL MARKETS, ET AL., <br> Defendants. | CIVIL ACTION NO. 4:11-CV-00107 |

## ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this day came before the Court the parties' Joint Motion to Dismiss with Prejudice, and after being apprised that the parties have resolved their respective differences and considering said Motion, the Court concludes the Motion should be GRANTED.

It is, therefore, ORDERED that Plaintiffs' claims and causes of action which have been brought herein are in all things dismissed with prejudice to the refiling of the same. Each party shall bear its own attorneys' fees and costs.

SIGNED AND ENTERED this 24th day of August 2016, at Houston, Texas.

_____
HON. KEITH P. ELLISON